## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tammy Devane

                Plaintiff,

v.                                                     Case No.: 1:22–cv–04900

                                                                                    Honorable Andrea R. Wood

Instant Brands LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 6, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 7/6/2023. Defendant Instant Brands LLC has filed a Suggestion of Bankruptcy [24]. In light of the bankruptcy stay under 11 U.S.C. § 362, the case is stayed until further order of the Court. By 10/6/2023, the parties shall file a joint status report (1) updating the Court regarding the status of Defendant's bankruptcy proceedings, (2) stating whether any party believes circumstances have changed such as to warrant lifting the stay; and (3) identifying any other matters that the parties would like to bring to the attention of the Court. Defendant's motion to dismiss [11] is terminated in light of the stay of proceedings. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.