## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Tammy Devane, individually and on behalf of all others similarly situated, | 1:22-cv-04900 |
| Plaintiff, | Hon. Andrea R. Wood |
| - against - | |
| Instant Brands LLC, | |
| Defendant | |

## JOINT STATUS REPORT

The parties respectfully submit the following joint status report pursuant to this Court's Order of April 11, 2024. ECF No. 33.

1. On February 22, 2024, Instant Brands Acquisition Holdings Inc.'s Reorganization Plan was approved.

2. On March 6, 2024, the supplier Midea filed an Appeal (Docket No. 1179) to the Reorganization Plan.

3. The appeal is still pending before the Bankruptcy Court.

4. The parties believe that the circumstances do not warrant lifting the stay.

5. The parties have nothing further to bring to this Court's attention.

Dated:    July 8, 2024

Respectfully submitted,

/s/ Jason P. Stiehl
Crowell & Moring LLP
455 N Cityfront Plz Dr Ste 3600
Chicago, IL 60611
Tel: (312) 840-3108
jstiehl@crowell.com

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

Amy Pauli
Crowell & Moring LLP
Denver Pl 999 18th St Ste 3000

*Attorneys for Plaintiff*

Denver CO 80202
Tel: (303) 524-8660
apauli@crowell.com

*Attorneys for Defendant Instant Brands LLC*

2