UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
Eastern Division

Tammy Devane

                Plaintiff,

v.                                                          Case No.: 1:22−cv−04900

                                                                  Honorable Georgia N Alexakis

Instant Brands LLC

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 8, 2024:

      MINUTE entry before the Honorable Georgia N Alexakis: The Court has reviewed the parties' joint status report [37]. The parties report that defendant's bankruptcy proceedings are ongoing. In light of the bankruptcy stay under 11 U.S.C. #167; 362, and because the parties do not point to any circumstances that would permit (or warrant) lifting a stay, the case remains stayed until further order of the Court. By 1/8/25, the parties shall file a joint status report (1) updating the Court regarding the status of defendant's bankruptcy proceedings, (2) stating whether any party believes circumstances have changed such as to warrant lifting the stay; and (3) identifying any other matters that the parties would like to bring to the attention of the Court. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.